IsAAC GOLDBERG, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued March 13, 1941; decided April 17, 1941.

*Alexander E. Rosenthal, Mordecai Goldberg* and *Irving Segal* for appellant.

*William C. Chanler,* Corporation Counsel (*Hyman W. Kehl* and *Arthur A. Segall* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.